# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS WASHINGTON-EL, | : |
| | : CIVIL ACTION NO. 3:12-CV-1979 |
| Plaintiff | : |
| | : (Judge Nealon) |
| v. | : (Magistrate Judge Carlson) |
| | : |
| ROBERT COLLINS, et al., | : |
| | : |
| Defendants | : |

## ORDER

**NOW**, THIS 20th DAY OF AUGUST, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 31), is **ADOPTED in part**;

2. Defendants' motion to dismiss, (Doc. 18), is **DENIED in its entirety**;

3. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings.

_____
United States District Judge

FILED
SCRANTON

AUG 2 0 2013

PER _____
DEPUTY CLERK