# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS WASHINGTON-EL, | : | |
| Plaintiff | : | CIVIL NO. 3:12-CV-1979 |
| | : | |
| v. | : | (JUDGE NEALON) |
| | : | (MAGISTRATE JUDGE CARLSON) |
| ROBERT COLLINS, ET AL., | : | |
| Defendants | : | |

## ORDER

**NOW**, **THIS 10th DAY OF MARCH, 2015**, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's objections, (Doc. 93), to the Report and Recommendation, are **OVERRULED**;

2. The Report and Recommendation, (Doc. 89), is **ADOPTED**;

3. Defendants' motion for summary judgment, (Doc. 54), is **GRANTED IN PART** and **DENIED IN PART**;

4. Counts two (2) and four (4) of Plaintiff's Amended Complaint, (Doc. 7), are **DISMISSED WITH PREJUDICE**, and all other remaining counts of Plaintiff's Amended Complaint, (Doc. 7), are **PERMITTED TO PROCEED**;

5. Plaintiff's Motion to Strike Defendant's Brief in Support of the Report and Recommendation, (Doc. 95), is **DENIED**; and

6. The matter is remanded to Magistrate Judge Martin C. Carlson for further proceedings, including a plenary hearing on the question of whether exhaustion of Plaintiff's remaining claims occurred.

/s/ William J. Nealon
**United States District Judge**