IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS WASHINGTON-EL, | : | |
|     Plaintiff | : | CIVIL NO. 3:12-CV-1979 |
| | : | |
| v. | : | (JUDGE NEALON) |
| | : | (MAGISTRATE JUDGE CARLSON) |
| ROBERT COLLINS, ET AL., | : | |
|     Defendants | : | |

## ORDER

NOW, THIS 22ND DAY OF SEPTEMBER, 2016, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' objections, (Doc. 123), to the Report and Recommendation, are **OVERRULED**;

2. The Report and Recommendation, (Doc. 122), is **ADOPTED**;

3. Defendants' affirmative defense that Plaintiff failed to exhaust his administrative remedies thus barring the instant action from proceeding, (Doc. 103), is **DENIED**; and

4. The matter is remanded to Magistrate Judge Martin C. Carlson for further proceedings.

/s/ William J. Nealon
**United States District Judge**

FILED
SCRANTON
SEP 2 2 2016
Per_____ DEPUTY CLERK